IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-20-M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| BRITTANY NICOLE LEWIS, | |
| Defendant. | |

THIS matter comes before the Court on the United States' Unopposed Motion for a Preliminary Order of Forfeiture. (Doc. 21.) Defendant Brittany Nicole Lewis and entered a plea of guilty to Count 3 of the Indictment, which provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. §§ 853 and 881.

Accordingly, IT IS ORDERED:

THAT the United States' motion (Doc. 21) is GRANTED;

THAT Lewis's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11): Walther, model P22, .22 caliber pistol, SN: obliterated and assorted ammunition.

1

THAT the Drug Enforcement Administration, the Bureau of Alcohol, Tobacco, Firearms and Explosives, or a designated sub-custodian, is directed to seize the property subject to forfeiture and to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 22nd day of June, 2023.

_____
Donald W. Molloy, District Judge
United States District Court

2