IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–20–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| BRITTANY NICOLE LEWIS, | |
| Defendant. | |

On September 5, 2023, the United States moved unopposed for a final order of forfeiture in the above captioned case.  The United States commenced this action pursuant to 21 U.S.C. § 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11).  A preliminary order of forfeiture was entered on June 22, 2023.  (Doc. 24.)  All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1).  (Doc. 32.)  It appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11).  Accordingly,

IT IS ORDERED that:

1.     The motion for final order of forfeiture (Doc. 33) is GRANTED.

2.     Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853(a)(1) and (2) and 21 U.S.C.

1

§ 881(a)(11), free from the claims of any other party, the following property:

Walther, model P22, .22 caliber pistol, SN: obliterated and assorted ammunition.

    3.    The United States shall have full and legal title to the forfeited

property and may dispose of it in accordance with law.

    DATED this __12th__ day of September, 2023.


_____
Donald W. Molloy, District Judge
United States District Court