IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>vs.<br><br>BRITTANY NICOLE LEWIS,<br><br>Defendant/Movant. | Cause No. CR 23-20-M-DWM<br><br><br>ORDER |

Before the Court is a 28 U.S.C. § 2255 Motion to Vacate Judgment filed by Brittany Nicole Lewis's ("Lewis"). (Doc. 53.) Counsel was subsequently appointed to represent Lewis. *See,* (Docs. 55 & 56.) On November 15, 2024, counsel filed an Amended § 2255 Motion and Brief in support. (Docs. 58 & 59.)

Counsel subsequently filed a motion to withdraw the pending § 2255 motions, explaining that in light of the existing record, Lewis no longer wished to pursue habeas relief. (Doc. 63.) The United States has no objection to the motion to withdraw. (*Id.* at 2.) Good cause appearing, the motion will be granted.

Accordingly, IT IS ORDERED:

1

1. Lewis's unopposed motion to withdraw (Doc. 63) is GRANTED. Accordingly, Lewis's motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255 (Doc. 53) and amended § 2255 motion (Doc. 58) are DISMISSED.

2. The Clerk of Court is directed to enter judgment and close the matter.

3. The Clerk shall ensure that all pending motions in this case and in CV 24-110-M-DWM are terminated and shall close the civil file by entering a judgment of dismissal.

DATED this 7th day of February, 2025.

Donald W. Molloy, District Judge
United States District Court